IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES L. CROSBY, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-CV-107 (LAG)(TQL) |
| | * |
| DOUGHERTY COUNTY JAIL, et al., | |
| | * |
| Defendant. | |
| _____ | * |

## JUDGMENT

Pursuant to this Court's Order dated January 13, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of January, 2023.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk